# Court of Appeals
# of the State of Georgia

ATLANTA, April 29, 2024

*The Court of Appeals hereby passes the following order*

**A24D0299. ERIC JACKSON v. PJS GOLDEN PARACHUTE, et al.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

23C08267



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, April 29, 2024.

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen* , *Clerk.*